# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONNY HARRIS,<br><br>　　　　　　*Plaintiff,*<br><br>　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No.: 21-0457 (RDM) |

## JOINT MOTION TO STAY

　　The Parties respectfully request that the Court stay all proceedings and deadlines in this case until June 30, 2021. In this case, Plaintiff challenges the Defendants' processing of an immediate relative visa application, which was filed by Plaintiff's mother. *See* Compl. at 1. In March 2021, the U.S. Embassy in Islamabad requested additional information and documentation from Plaintiff's mother. In particular, Plaintiff's mother needed to complete a medical examination. Plaintiff reports that the medical examination is now complete and that the medical report is scheduled to be delivered to the Embassy on or around June 3, 2021.

　　To allow the administrative process to continue, which may narrow or eliminate the issues requiring further proceedings in this case, the Parties respectfully request that the Court stay all proceedings and deadlines in this case until June 30, 2021. A proposed order accompanies this Motion.

May 6, 2021						Respectfully submitted,

						CHANNING D. PHILLIPS
						D.C. Bar #415793
						Acting United States Attorney

						BRIAN P. HUDAK
						Acting Chief, Civil Division

				By:	/s/ Brian J. Field
						BRIAN J. FIELD
						D.C. Bar #985577
						Assistant United States Attorney
						555 4th Street, N.W.
						Washington, D.C. 20530
						Tel: (202) 252-2551
						E-mail: Brian.Field@usdoj.gov

						*Attorneys for Defendants*


						/s/ James O. Hacking, III
						James O. Hacking, III
						MO Bar #46728
						10900 Manchester Road, #203
						St. Louis, MO 63122
						P: (314) 961-8200
						jim@hackingimmigrationlaw.com

						*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SONNY HARRIS,

      *Plaintiff,*

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

      *Defendants*.

Civil Action No.: 21-0457 (RDM)

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Stay, and the entire record herein, it is hereby:

**ORDERED** that the Joint Motion is **GRANTED**; and it is

**FURTHER ORDERED** that all proceedings and deadlines in this matter are stayed until June 30, 2021; and it is

**FURTHER ORDERED** that the Parties shall file a joint status report by June 30, 2021, proposing a schedule for further proceedings.

_____         _____
Date                                                                    United States District Judge